UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.: 1:13-cv-11120-NMG (GORTON)

ANDRES RAMON MELO,

    Plaintiff,

vs.

RALPH T. BOVA, MOHAJ SHABAN,
and COBBAGE RESTAURANT CORP.,

    Defendants.
_____/

<u>STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE</u>

    The Parties, pursuant to Rule 41(a)(1)(A)(ii), Fed.R.Civ.P., hereby stipulate to the voluntary dismissal of this action with prejudice, with each party to bear their own attorney's fees, litigation expenses and costs, except as agreed to by the Parties in the settlement agreement.

{00113719.DOC / 1}

Respectfully submitted

| The Plaintiff,<br>By his attorneys, | The Defendants,<br>By their attorneys, |
|---|---|
| /s/Edward N. Garno, Esq.<br>Edward N. Garno, Esq.<br>147 Central Street, Suite 213<br>Lowell, Massachusetts 01852<br>Telephone: (978) 687-7805<br>Facsimile: (978) 446-1311<br>E-mail: nedgarno@hotmail.com<br>Massachusetts Bar No.: 564378<br>Counsel for Plaintiff | /s/George S. Markopoulos, Esq.<br>George S. Markopoulos, Esq.<br>381 Broadway<br>Lynn, Massachusetts 01904<br>Telephone No.: (781) 596-2447<br>Facsimile No.: (781) 596-8252<br>E-mail:<br>gsmarkopouloslaw@aol.com<br>Counsel for Ralph Bova |
| /s/Todd W. Shulby, Esq.<br>Todd W. Shulby, Esq.<br>Todd W. Shulby, P.A.<br>2800 Weston Road, Suite 101<br>Weston, Florida 33331<br>Telephone: (954) 530-2236<br>Facsimile: (954) 530-6628<br>E-mail: tshulby@shulbylaw.com<br>Florida Bar No.: 068365<br>Counsel for Plaintiff | /s/Joseph Boncore, Esq.<br>Joseph Boncore, Esq.<br>1140 Saratoga Street<br>Boston, Massachusetts 02128<br>Telephone No.: (617) 561-0999<br>E-mail: josephboncore@gmail.com<br>Counsel for Shaban and Cobbage |

**CERTIFICATE OF SERVICE**

    WE HEREBY CERTIFY that on March 9, 2015, we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: All counsel of record.

    WE HEREBY CERTIFY that on March 9, 2015, we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and will furnish a copy of the foregoing to the following non-CM/ECF participants: None.

    By:    /s/Todd W. Shulby, Esq.
                   Todd W. Shulby, Esq.